# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV10-01764-WDK(FMOx)          JS-6 | Date | June 4, 2013 |
|----------|--------------------------------------|------|--------------|
| Title    | J & J Sports Productions, Inc. v. Jose G. Huerta et al | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|------------------------|-------------------------------------------------------|

| Patricia Gomez | |
|----------------|--|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**          (IN CHAMBERS) ORDER

Pursuant to the Court's order dated April 22, 2013, this matter was dismissed without prejudice pending the lodging or filing of a proposed dismissal and/or judgment by May 13, 2013. Plaintiff failed to meet the Court's deadline. The Court, on its own motion, dismisses this action with **prejudice**.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer   PG